JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELA GREGORY OHANESIAN, | Case No. CV 14-4781 FMO (VBKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| EVLANA REAL ESTATE HOLDINGS, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 27th day of February, 2015.

                                        /s/
                              Fernando M. Olguin
                         United States District Judge